```
                                                              FILED
                                                          U.S. DISTRICT COURT
                                                          DISTRICT OF WYOMING
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF WYOMING                      SEP 27 2010
                                                          Stephan Harris, Clerk
Civil Action No.:  10CV0208 J                                  Cheyenne
```

NANCY NEHL,

    Plaintiff,

v.

UNITED FIRE & CASUALTY COMPANY and ALLSTATE INSURANCE COMPANY

    Defendants.

---

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

---

TO:    PLAINTIFF NANCY NEHL AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on the 24th day of September, 2010, Defendants United Fire & Casualty Company ("United Fire") and Allstate Insurance Company ("Allstate") herein filed in the United States District Court for the District of Wyoming their Notice of Removal of this action to that Court.

This action was commenced by Plaintiff on July 22, 2010 in the District Court, County of Campbell, State of Wyoming, Case No. 31364. An Affidavit of Service stating that the Wyoming Insurance Commissioner was served a copy of the Summons and Complaint on behalf of United Fire was executed on August 27, 2010. Also on August 27, an Affidavit of Service stating that the Wyoming Insurance Commissioner was served a copy of the Summons and Complaint on behalf of Allstate was executed. In accordance with 28 U.S.C., § 1446(b), the notice of removal shall be filed within 30 days after service or other receipt of the Complaint.

Pursuant to U.S.D.C.L.R. 81.1, attached as Appendix A are copies of all pleadings which have been filed in the state court. These pleadings include the following:

1. Complaint for Underinsured Motorist Coverage;
2. Notice of Service of Process and Copy of Process to United Fire;
3. Notice of Service of Process and Copy of Process to Allstate;
4. Summons to United Fire;
5. Summons to Allstate;
6. Affidavit of Service for United Fire;
7. Affidavit of Service for Allstate; and
8. Notice of Removal to United States District Court.

See Appendices, attached hereto as Appendix A-1, A-2, A-3, A-4, A-5, A-6, A-7 and A-8.

Defendants further state that no hearings have been set in the state court as of this date. This Notice is timely, having been filed within thirty (30) days of the date upon which the Complaint was received by Defendants.

Plaintiff is now and at the time of the commencement of this action was a citizen and resident of the State of Wyoming. Defendant United Fire is now and was at the time of the commencement of this action incorporated in the State of Iowa with its principal place of business in the State of Iowa. Defendant Allstate is now and was at the time of the commencement of this action incorporated in the State of Illinois with its principal place of business in the State of Illinois. There is, therefore, diversity between the parties.

This is a civil action at law, with an amount in controversy exceeding $75,000, excluding interest and costs. Under the Wyoming Rules of Civil Procedure, Plaintiff need not plead a specific dollar amount in the Complaint. Wyo. R. Civ. P. 8(a). However, as stated in paragraph 17 of the Complaint, Plaintiff is seeking damages from Defendants in

an amount in excess of $400,000 for general and special damages, including past and future medical expenses, past and future lost wages, pain and suffering and past and future loss of quality and enjoyment of life.

This action arises out of Plaintiff's claim made to Defendants for underinsured motorist coverage benefits. The Complaint alleges damages based on breach of contract against both Defendants for failure to make payments for underinsured motorist coverage to Plaintiff pursuant to the insurance policies Plaintiff had with each Defendant.

Plaintiff's claims constitute a civil action for which this Court has original jurisdiction under 28 U.S.C. § 1332(a) and, therefore, this action is removable from the District Court for the County of Campbell, State of Wyoming, to this Court under 28 U.S.C. § 1441(a).

DATED this 27th day of September, 2010.

Respectfully submitted,

By:   s/ L. Kathleen Chaney

L. Kathleen Chaney, Esq.
**LAMBDIN & CHANEY, LLP**
4949 S. Syracuse Street, Suite 600
Denver, Colorado 80237
Telephone: (303) 799-8889
FAX: (303) 799-3700
E-mail: kchaney@lclaw.net
*Attorney for United Fire & Casualty Company*

By:   s/ Kay Lynn Bestol

Kay Lynn Bestol, Esq.
**SUNDHAL, POWERS, KAPP & MARTIN, LLC**
1725 Carey Avenue
Cheyenne, WY 82001

Telephone: (307) 632-6421
FAX: (307) XXX-XXXX
E-mail:kbestol@spkm.org
*Attorney for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2010, a true and correct copy of the foregoing **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** was hand delivered to the Clerk of the Court and served via US Mail to the following:

Thomas E. Lubnau, II
PO Box 1028
300 S. Gillette Avenue, Suite 2000
Gillette, WY 82717
(307) 682-1313
tom@etseq.com

s/ Kay Lynn Lentel

| | |
|---|---|
| IN THE DISTRICT COURT | STATE OF WYOMING |
| SIXTH JUDICIAL DISTRICT | COUNTY OF CAMPBELL |

NANCY NEHL,

        *Plaintiff,*         Civil # 31364

    v.

UNITED FIRE & CASUALTY
COMPANY and ALLSTATE
INSURANCE COMPANY,

        *Defendant.*

FILED NO. _____
CIVIL ☐ PROBATE ☐ CRIMINAL ☐
ADOPT ☐    DEL ☐

JUL 2 2 2010

*Christine Olson*
DEPUTY CLERK OF DISTRICT COURT
*Deputy*

## COMPLAINT FOR UNDERINSURED MOTORIST COVERAGE

    Plaintiff, Nancy Nehl, (hereinafter referred to as the Plaintiff) by and through her attorneys, Thomas E. Lubnau, II and J. David Horning of Lubnau Law Office, P.C., brings her underinsured motorist coverage lawsuit against the Defendant United Fire and Casualty Company (hereinafter referred to as "United") and the Defendant Allstate Insurance Company (hereinafter referred to as "Allstate") and in support thereof states as follows:

### FACTS

1. The Plaintiff, Nancy Nehl, is a resident of Campbell County, Wyoming.

2. The Defendant, United, is an insurance company licensed to do business in South Dakota and Wyoming.

3. The Defendant, Allstate, is an insurance company licensed to do business in Wyoming.

4. On the first day of January, 2000, the Defendant, United issued a valid automobile insurance policy to Silverado, Inc. d/b/a Overhead Door of Rapid City which contained valid and

binding underinsured motorist coverage.

5. The Defendant, Allstate, issued a valid and binding automobile insurance policy which provided underinsured motorist coverage to the Plaintiff.

6. On or about, July 26, 2000, the Plaintiff, Nancy Nehl, was a passenger in a vehicle licensed and garaged in Wyoming and owned by Silverado, Inc. dba Overhead Door of Rapid City and lawfully operated by her husband, Bruce Nehl, on Shober Road, in Campbell County, Wyoming, traveling southerly.

7. At the same time and place, Cathy Jo Fleming was operating an automobile traveling east on Summit Drive in Campbell County, Wyoming. Cathy Jo Fleming drove her vehicle through a stop sign and collided with the vehicle in which Nancy Nehl was a passenger, causing great bodily injury resulting in medical expenses, pain and suffering, other economic loss, and past and future loss of enjoyment and quality of life, and the need for future surgeries to repair her injuries.

8. At all times herein mentioned, the Plaintiff's vehicle was operated in a lawful, reasonable and prudent manner, with due caution and regard for other motorists and the motor vehicle laws of the State of Wyoming.

9. The Driver of the at-fault vehicle, Cathy Jo Fleming, did not have adequate insurance to cover the damages to the Plaintiff caused by the automobile accident. The Driver's insurance company has paid to the Plaintiff, the sum of $50,000, the policy limits of the policy. The payment is inadequate to cover the Plaintiff's injuries or make her whole.

10. The Plaintiff was a covered party and insured under both the United and Allstate policies.

09/13/2010 02:59 PM

11. The Defendants, United and Allstate, have failed to make payments for underinsured motorist coverage to the Plaintiff under the policies despite their contractual obligation to do so under the insurance policies issued by them.

12. At the time of the accident, the vehicle being operated by the Defendant was underinsured and does not provide adequate coverage for the claims and damages asserted by the Plaintiff.

13. At the time of the accident, the Plaintiff had in force a policy of automobile insurance issued by Defendant United, covering the vehicle which was involved in the accident. Said policy of insurance contained a provision for uninsured/underinsured motorist coverage which provided, among other things, insurance coverage for losses and damages sustained in accidents which were caused by the negligent operation of a vehicle by third persons, when that vehicle is uninsured or underinsured at the time of the accident, and the third person is not otherwise entitled to coverage.

14. At the time of the accident, the Plaintiff had in force a policy of automobile insurance issued by Defendant Allstate. Said policy of insurance contained a provision for uninsured/underinsured motorist coverage which provided, among other things, insurance coverage for losses and damages sustained in accidents which were caused by the negligent operation of a vehicle by third persons, when that vehicle is uninsured or underinsured at the time of the accident, and the third person is not otherwise entitled to coverage.

15. The Plaintiff is entitled to be paid by the Defendants, or each of them, for any and all damages sustained by the Plaintiff resulting from the negligence of the Driver of the underinsured vehicle.

09/13/2010 02:59 PM

16. The Defendants have each breached its contract with the Plaintiff by failing to make any payments to the Plaintiff's under the underinsured motorist provision of the Plaintiff's policy.

17. The Plaintiff has been damaged by the Defendants in an amount in excess of $400,000 for general and special damages, including past and future medical expenses, past and future lost wages, pain and suffering, and past and future loss of quality and enjoyment of life.

WHEREFORE, the Plaintiff, demands judgment be entered against the Defendants, or each of them, as follows:

a. For general and special damages compensatory in an amount to be determined at trail.

b. For costs, pre-judgment interest, post- judgment interest,

c. And for such further relief as the court deems equitable and just.

LUBNAU LAW OFFICE, P.C.
ATTORNEYS AT LAW

By: _____
Thomas E. Lubnau II, WSB #5-2218
P. O. Box 1028
300 S. Gillette Avenue, Suite 2000
Gillette, WY 82717
(307) 682-1313     tom@etseq.com

Nancy Nehl v. United Fire & Casualty Company and Allstate Insurance Company
Complaint for Underinsured Motorist Coverage
Page 4 of 4

09/13/2010 02:59 PM

*Kristine Schares*
*4001011980*

| | | |
|---|---|---|
| STATE OF WYOMING | ) | IN THE DISTRICT COURT |
| | ) ss | |
| COUNTY OF CAMPBELL | ) | SIXTH JUDICIAL DISTRICT |

NANCY NEHL,  )
 )
      *Plaintiff,*  )   Civil #CV-31364
 )
vs.  )
 )
UNITED FIRE & CASUALTY COMPANY  )
and ALLSTATE INSURANCE COMPANY,  )
 )
      *Defendants.*  )

### NOTICE OF SERVICE OF PROCESS AND COPY OF PROCESS

TO:   UNITED FIRE & CASUALTY CO.   Return Receipt # 7007 3020 0001 3025 9078
       118 Second Avenue, SE
       Cedar Rapids, IA 52401-1253

    YOU ARE HEREBY NOTIFIED, that the Plaintiff, Nancy Nehl, and through her attorney, THOMAS E. LUBNAU, II, of LUBNAU LAW OFFICE, PC., pursuant to W. S. § 26-3-122 hereby notifies you that service of process against you in the above-captioned matter has been made on August 27, 2010, by delivering to and leaving with the Insurance Commissioner of the State of Wyoming, his deputy, or person in apparent charge of his office during his absence, two (2) copies of said process together with the fee as provided in W.S. § 26-4-101, taxable as costs in the action. A copy of the process is attached hereto.

    DATED this 9th day of Spetember, 2010.

                                   LUBNAU LAW OFFICE, PC

                                   By: _____
                                   Thomas E. Lubnau, II
                                   300 S. Gillette Avenue, Suite 2000
                                   P. O. Box 1028
                                   Gillette, WY 82717-1028
                                   (307) 682-1313

09/13/2010 02:59 PM

**Appendix A-2**

| STATE OF WYOMING | ) | IN THE DISTRICT COURT |
|---|---|---|
| | ) ss | |
| COUNTY OF CAMPBELL | ) | SIXTH JUDICIAL DISTRICT |

NANCY NEHL, )
)
               *Plaintiff,* )   Civil #CV-31364
)
vs. )   FILED NO.
)   CIVIL ☐ PROBATE ☐ CRIMINAL ☐
UNITED FIRE & CASUALTY COMPANY )   ADOPT ☐   DEL ☐
and ALLSTATE INSURANCE COMPANY, )
)   SEP 09 2010
               *Defendants.* )
  DEPUTY CLERK OF DISTRICT COURT

## NOTICE OF SERVICE OF PROCESS AND COPY OF PROCESS

TO:   ALLSTATE INSURANCE CO.       Return Receipt # 7007 3020 0001 3025 9085
      2775 Sanders Road
      Northbrook, IL 60062

YOU ARE HEREBY NOTIFIED, that the Plaintiff, Nancy Nehl, and through her attorney, THOMAS E. LUBNAU, II, of LUBNAU LAW OFFICE, PC., pursuant to W. S. § 26-3-122 hereby notifies you that service of process against you in the above-captioned matter has been made on August 27, 2010, by delivering to and leaving with the Insurance Commissioner of the State of Wyoming, his deputy, or person in apparent charge of his office during his absence, two (2) copies of said process together with the fee as provided in W.S. § 26-4-101, taxable as costs in the action. A copy of the process is attached hereto.

DATED this 9th day of Spetember, 2010.

                                        LUBNAU LAW OFFICE, PC

                                        By:_____
                                        Thomas E. Lubnau, II
                                        300 S. Gillette Avenue, Suite 2000
                                        P. O. Box 1028
                                        Gillette, WY 82717-1028
                                        (307) 682-1313

**Appendix A-3**

31364

IN THE DISTRICT COURT      STATE OF WYOMING

SIXTH JUDICIAL DISTRICT      COUNTY OF CAMPBELL

NANCY NEHL,

            *Plaintiff,*                      Civil #31364

            v.

UNITED FIRE & CASUALTY
COMPANY and ALLSTATE
INSURANCE COMPANY,

            *Defendant.*

## SUMMONS

To the above-named Defendant:     *United Fire & Casualty Company*
                                                  *118 Second Avenue, SE*
                                                  *Cedar Rapids, Iowa 52401-1253*

     YOU ARE HEREBY SUMMONED and required to file with the Clerk and serve upon the Plaintiff's attorney, an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this *Summons* upon you, exclusive of the day of service. (If service upon you is made outside of the State of Wyoming, you are required to file and serve your answer to the *Complaint* within thirty (30) days after service of this *Summons* upon you, exclusive of the day of service.) If you fail to do so, Judgment by default will be taken against you for the relief demanded in the *Complaint*.

     DATED this 23 day of August, 2010.

                                                          NANCY RATCLIFF
                                                          Clerk of District Court

                                                          BY: *(signature)*
                                                          Deputy Clerk

PREPARED BY:
LUBNAU LAW OFFICE, PC
Attorneys at Law

BY: *(signature)*
Thomas E. Lubnau II, Attorney for Plaintiff
P.O. Box 1028, Gillette, WY 82717
(307) 682-1313

09/13/2010 02:59 PM

**Exhibit A-4**

IN THE DISTRICT COURT             STATE OF WYOMING

SIXTH JUDICIAL DISTRICT           COUNTY OF CAMPBELL

---

NANCY NEHL,

        *Plaintiff*,                    Civil #31364

    v.

UNITED FIRE & CASUALTY
COMPANY and ALLSTATE
INSURANCE COMPANY,

        *Defendant.*

## SUMMONS

To the above-named Defendant:    *ALLSTATE INSURANCE COMPANY*
*2775 Sanders Road*
*Northbrook, Illinois 60062-6127*

    YOU ARE HEREBY SUMMONED and required to file with the Clerk and serve upon the Plaintiff's attorney, an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this *Summons* upon you, exclusive of the day of service. (If service upon you is made outside of the State of Wyoming, you are required to file and serve your answer to the *Complaint* within thirty (30) days after service of this Summons upon you, exclusive of the day of service.) If you fail to do so, Judgment by default will be taken against you for the relief demanded in the *Complaint*.

    DATED this 23 day of August, 2010.

                                        NANCY RATCLIFF
                                        Clerk of District Court

                                        BY _____
                                        Deputy Clerk

PREPARED BY:
LUBNAU LAW OFFICE, PC
Attorneys at Law

BY: _____
Thomas E. Lubnau, II, Attorney for Plaintiff
P.O. Box 1028, Gillette, WY 82717
(307) 682-1313

*Appendix A-5*

STATE OF WYOMING    )                              IN THE DISTRICT COURT
                    ) SS
COUNTY OF CAMPBELL  )                              SIXTH JUDICIAL DISTRICT

NANCY NEHL,                          )
                                     )             Civil # 31364
         Plaintiff,                  )
                                     )             FILED NO.
    vs.                              )             CIVIL ☐ PROBATE ☐ CRIMINAL ☐
                                     )             ADOPT ☐         CHILD
UNITED FIRE & CASUALTY               )             AUG 3 1 2010
COMPANY and ALLSTATE                 )
INSURANCE COMPANY,                   )             [signature]
                                     )             DEPUTY CLERK OF DISTRICT COURT
         Defendants.                 )

                          AFFIDAVIT OF SERVICE
                       Wyoming Insurance Commissioner
                       (United Fire & Casualty Company)

STATE OF WYOMING    )
                    ) ss
COUNTY OF LARAMIE   )

    I, Tim Greene, of Continental Investigations, being first duly sworn, on oath, deposes and says that I am over the age of 21 years, am not a party to this action or interested therein, and that I made service of the *Summons* and *Complaint* in the County aforesaid on the 27th day of August, 2010, by delivering a copy of the same to: Chery Fiechtner, Personally and in Person, at 106 E. 6th Ave. Cheyenne, Laramie County, Wyoming at 1621 hrs.

                                          CONTINENTAL INVESTIGATIONS

                                          BY: [signature]
                                              Tim Greene

    Subscribed and sworn to before me this 27 day of August, 2010.

    Witness my hand and official seal.

    ANGELA D. RAGAN-SPECHT- NOTARY PUBLIC
    COUNTY OF LARAMIE    STATE OF WYOMING
    My Commission Expires August 5, 2013          [signature]
                                                  Notary Public

*Appendix A-6*

31364

| STATE OF WYOMING | ) | IN THE DISTRICT COURT |
|---|---|---|
| | ) SS | |
| COUNTY OF CAMPBELL | ) | SIXTH JUDICIAL DISTRICT |

NANCY NEHL,

        *Plaintiff*,

vs.

UNITED FIRE & CASUALTY
COMPANY and ALLSTATE
INSURANCE COMPANY,

        *Defendants*.

Civil # 31364

FILED NO.
CIVIL ☐ PROBATE ☐ CRIMINAL ☐
ADOPT ☐    DEL ☐

AUG 3 1 2010

DEPUTY CLERK OF DISTRICT COURT

## AFFIDAVIT OF SERVICE
### Wyoming Insurance Commissioner
### (Allstate Insurance Company)

| STATE OF WYOMING | ) |
|---|---|
| | ) ss |
| COUNTY OF LARAMIE | ) |

I, Tim Greene, of Continental Investigations, being first duly sworn, on oath, deposes and says that I am over the age of 21 years, am not a party to this action or interested therein, and that I made service of the *Summons* and *Complaint* in the County aforesaid on the _27th_ day of _August_, 2010, by delivering a copy of the same to: _Chery Fiechtner, Personally and in Person, at 106 E 6th Ave. Cheyenne, Laramie County, Wyoming at 1621 hrs._

CONTINENTAL INVESTIGATIONS

BY: _Tim Greene_
    Tim Greene

Subscribed and sworn to before me this _27_ day of _August_, 2010.

ANGELA D. RAGAN-SPECHT - NOTARY PUBLIC
COUNTY OF LARAMIE    STATE OF WYOMING
My Commission Expires August 5, 2013

_Angela B. Ragan Specht_
Notary Public

My Commission Expires:

**Appendix A-7**

L. Kathleen Chaney, Esquire
Lambdin & Chaney, LLP
4949 S. Syracuse St., Suite 600
Denver, Colorado 80237
(303) 799-8889 – Telephone
(303) 799-3700 - Facsimile

IN THE DISTRICT COURT, SIXTH JUDICAL DISTRICT

COUNTY OF CAMPBELL, STATE OF WYOMING

Civil # CV-31364

| | |
|---|---|
| NANCY NEHL, | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) |
| UNITED FIRE & CASUALTY COMPANY | ) |
| and | ) |
| ALLSTATE INSURANCE COMPANY | ) |
|  | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL OF DISTRICT COURT CASE TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING**

TO:   NANCY NEHL AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on the 24th day of September, 2010, Defendants United Fire & Casualty Company and Allstate Insurance Company herein filed in the United States District Court for the District of Wyoming their Notice of Removal of this action to that Court. A copy of such Notice is attached hereto as Exhibit A.

DATED this 27th day of September, 2010.

*Appendix A-8*

Respectfully submitted,

By:  s/ L. Kathleen Chaney

L. Kathleen Chaney, Esq.
**LAMBDIN & CHANEY, LLP**
4949 S. Syracuse Street, Suite 600
Denver, Colorado 80237
Telephone: (303) 799-8889
FAX: (303) 799-3700
E-mail:kchaney@lclaw.net
*Attorney for United Fire & Casualty Company*

By:  s/ Kay Lynn Bestol

Kay Lynn Bestol, Esq.
**SUNDHAL, POWERS, KAPP & MARTIN, LLC**
1725 Carey Avenue
Cheyenne, WY 82001
Telephone: (307) 632-6421
FAX: (307) XXX-XXXX
E-mail:kbestol@spkm.org
*Attorney for Allstate Insurance Company*

2

≈JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Nancy Nehl

### DEFENDANTS
ALLSTATE INSURANCE COMPANY

**(b)** County of Residence of First Listed Plaintiff **Campbell County, WY**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Thomas E. Lubnau II; Lubnau Law Office, P.C.
PO Box 1028, Gillette, WY 82717 (307) 682-1313

Attorneys (If Known)
Kay Lynn Bestol, Sundahl, Powers, Kapp & Martin, PO Box 328, Cheyenne, WY 82003 (307) 632 6421

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332(a)

Brief description of cause:
Personal Injuries from a motor vehicle accident being claimed under an insurance contract.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 09/27/2010

SIGNATURE OF ATTORNEY OF RECORD: *Kay Lynn Bestol*

**FOR OFFICE USE ONLY**

RECEIPT # 10107  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2010, a true and correct copy of the foregoing **NOTICE OF REMOVAL OF DISTRICT COURT CASE TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING** was filed with the Court and served via US Mail to the following:

Thomas E. Lubnau, II, Esquire
PO Box 1028
300 S. Gillette Avenue, Suite 2000
Gillette, WY 82717

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

*/s/ Alexis Tormey*
Alexis Tormey

3

**Appendix B**

# SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446 - 47 and U.S.D.C.L.R. 81.1, the removing party shall promptly file a copy of each of the state court pleadings.

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal:

Nancy Nehl

### Section C - Pending Motions As of Date of Removal
Title of Motion:

None

### Section D - Hearings

None

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal:

United Fire & Casualty Company and Allstate Insurance Company

Date Motion Filed:

N/A

/s/ L. Kathleen Chaney
L. Kathleen Chaney, Esq.
LAMBDIN & CHANEY, LLP
Attorney for Removing Party (United Fire & Casualty Company)
Telephone Number: (303) 799-8889
Date: September 24, 2010
State Court Case No. 31364

s/ Kay Lynn Bestol
Kay Lynn Bestol, Esq.
SUNDHAL, POWERS, KAPP & MARTIN, LLC
Attorney for Removing Party (Allstate Insurance Company)
Telephone Number: (307) 632-6421
Date: September 24, 2010
State Court Case No. 31364